# EXHIBIT "B"

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BRIAN TUCKER AND MEAGAN TUCKER,<br><br>Plaintiffs,<br><br>v.<br><br>NGL EXPRESS, LLC, MUSTAFA MOHAMUD, and PROTECTIVE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.: 22-A-1750 |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant PROTECTIVE INSURANCE COMPANY (hereinafter "Defendant"), by and through counsel, give notice of the filing of a Notice of Removal of the above-styled civil action to the United States District Court, for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal, excluding pleadings previously filed in this matter, filed with the United States District Court is attached hereto as Exhibit "1". Pursuant to 28 U.S.C. § 1446(d), all future proceedings in this Court are stayed.

Respectfully submitted this 22nd day of August 2022.

MCMICKLE, KUREY & BRANCH, LLP

/s/ Paschal Glavinos
ZACH M. MATTHEWS
Georgia Bar No: 211231
PASCHAL GLAVINOS
Georgia Bar No.: 817127
***Attorneys for Defendants***

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:   (678) 824-7800
Facsimile:    (678) 824-7801
zmatthews@mkblawfirm.com
pglavinos@mkblawfirm.com

M0916795.1 16042

## **CERTIFICATE OF SERVICE**

This is to certify that on this date I have electronically filed the foregoing **NOTICE OF FILING NOTIVE OF REMOVAL** with the Clerk of the Court using the PeachCourt e-Filing system, which will automatically send a notification attaching same thereon to the following counsel of record:

| | |
|---|---|
| Shellea D. Crochet | JClay S. O'Daniel |
| Morgan & Morgan Atlanta PLLC | O'Daniel McDonald, LLC |
| P.O. Box 57007 | 9040 Roswell Road, Suite 500 |
| Atlanta, GA 30343 | Atlanta, GA 30350 |
| scrochet@forthepeople.com | codaniel@odmclaw.com |
| ***Attorney for Plaintiffs*** | ***Attorney for Great West Casualty Company*** |

This 22nd day of August 2022.

*/s/ Paschal Glavinos*
PASCHAL GLAVINOS
For the Firm

M0916795.1 16042

# EXHIBIT "1"

**Notice of Removal Filed in Federal Court**

**State Court Pleadings Previously Filed
Have been excluded from this Filing**

M0916795.1 16042